CHURCH OF ST. STANISLAUS v. ALLGE-MEINE VEREIN. (Supreme Court, Appellate Division, First Department. December 15, 1899.) Action by the Church of St. Stanislaus against the Allgemeine Verein. No opinion. Motion granted, upon payment of $10 costs, and, in case the defendant withdraws its appeal, all costs and disbursements of said appeal to be paid, and a consent given to cancel undertaking on appeal.

CLARK et al., Respondents, v. SCHWARZ-WAELDER et al., Appellants. (Supreme Court, Appellate Division, First Department. December 8, 1899.) Action by Frederick C. Clark and others against William O. Schwarzwaelder and others to enforce an alleged personal liability of defendants as directors of a corporation. Judgment for plaintiffs, and defendants appeal. Reversed. Almet R. Latson, for appellants. D. M. Porter, for respondents.

INGRAHAM, J. This case presents the same question as was presented in the case of Upter-grove v. Schwarzwaelder (decided herewith) 61 N. Y. Supp. 623; and, for the reasons stated in the opinion in that case, the judgment appealed from should be reversed, and a new trial ordered, with costs to the appellants to abide the event. VAN BRUNT, P. J., concurs. McLAUGH-LIN, J., concurs in result. PATTERSON and O'BRIEN, JJ., dissent.

CLOKEY v. INTERNATIONAL RUBBER CLOTHING & GENERAL SUPPLY CO. (Supreme Court, Appellate Division, First Department. December 22, 1899.) Action by Kate Clokey, administratrix, against the International Rubber Clothing & General Supply Company. No opinion. Motion granted, with $10 costs.

COHEN, Respondents, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1899.) Action by Barnett Cohen against Rosa Cohen. No opinion. Judgment modified, by striking therefrom the award of costs, and, as modified, affirmed, without costs.

CONLON v. STARBUCK et al. (Supreme Court, Appellate Division, First Department. December 22, 1899.) Action by Owen P. Con-lon against James L. Starbuck and others. No opinion. Motion granted, with $10 costs.

COOK v. PERSONS et al. (Supreme Court, Appellate Division, Fourth Department. November 22, 1899.) Action by Pierre F. Cook, as trustee, etc., against Henry H. Persons and others, as receivers, etc. No opinion. Motion denied, with $10 costs.

COOK, Respondent, v. WHITE, Appellant (CONROY et al., Respondents.) (Supreme Court, Appellate Division, Second Department. November 28, 1899.) Action by Sarah Cook against Joseph White, James Conroy, and others. No opinion. Guardian ad litem allowed his taxable costs and disbursements on appeal. It is beyond the power of the court to allow

more than this. See In re Robinson, 40 App. Div. 30, 57 N. Y. Supp. 523, affirmed in 160 N. Y. 448, 55 N. E. 4.

CORBETT, Appellant, v. CLASON, Respondent. (Supreme Court, Appellate Division, Second Department. December 5, 1899.) Action by Robert Corbett against Augusta Clason.

PER CURIAM. Upon the undisputed proof, as appears by the record, the defendant admitted an indebtedness to the plaintiff in the sum of $10. Plaintiff was therefore entitled to recover this amount, and for this reason the judgment of the municipal court is reversed, and a new trial ordered in the First district; costs to abide the event.

COSTELLO, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 5, 1899.) Action by Mary Costello, as administratrix, etc., against the city of New York and another. No opinion. Judgment unanimously affirmed, with costs, on argument.

CRANDALL, Respondent, v. PHŒNIX INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 21, 1899.) Action by Halsey D. Crandall against the Phœnix Insurance Company. No opinion. Order affirmed, with $10 costs and disbursements.

CRANE v. VAN DERVEER. (Supreme Court, Appellate Division, Third Department. December 12, 1899.) Action by Elizabeth Crane against Harriette Van Derveer. No opinion. Order and judgment amended, by striking out provisions as to restitution, and by providing that the justice's judgment be affirmed, but without restitution. Motion for reargument, or for leave to go to the court of appeals, denied. See 60 N. Y. Supp. 1040.

CRICHTON, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 22, 1899.) Action by Annie Crichton, as receiver, etc., against Harriet E. Smith. No opinion. Judgment affirmed, with costs. All concur, except McLEN-NAN, J., not voting.

CROOKS et al., Respondents, v. RUMBULL, Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1899.) Action by George W. Crooks and others against Frederick G. Rumbull. No opinion. Judgment affirmed, with costs.

DAILEY, Respondent, v. CITY OF NEW YORK, Appellant (four cases). (Supreme Court, Appellate Division, Second Department. November 28, 1899.) Four actions by John L. Dailey against the city of New York. No opinion. Judgment affirmed, on argument, with costs.

DAILEY, Respondent, v. FENTON, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1899.) Action

by Elizabeth A. Dailey against Helen M. Fenton. No opinion. Order affirmed, by default, with costs, on argument.

DALTON, Respondent, v. DALTON et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 21, 1899.) Action by Annie E. Dalton against George W. Dalton and another. No opinion. Motion to set aside affirmance by default granted, on payment within two days of $10 costs, and cause placed at foot of calendar for argument peremptorily.

DALY, Respondent, v. STATEN ISLAND ELECTRIC RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by James C. Daly against the Staten Island Electric Railway Company. H. K. Davis, for appellant. C. G. F. Wahle, for respondent. No opinion. Judgment and order affirmed, with costs.

DAVIS, Respondent, v. MARVINE, Appellant. (Supreme Court, Appellate Division, Third Department. May, 1899.) Action by George B. Davis, as administrator, etc., against George E. Marvine. No opinion. Motion to correct order, as proposed by order submitted, granted.

DAVIS v. UNITED PORTABLE HOISTING ENGINEERS et al. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by Benjamin P. Davis against the United Portable Hoisting Engineers and others. No opinion. Motion granted, with $10 costs. See 51 N. Y. Supp. 180.

DAY, Appellant, v. FISH, Respondent. (Supreme Court, Appellate Division, Third Department. December 6, 1899.) Action by William J. Day against A. Perry Fish. No opinion. Judgment of the county court affirmed, with costs.

DAYTON v. BANGS et al. (Supreme Court, Appellate Division, First Department. November 24, 1899.) Action by Herbert W. Dayton against Edwin D. Bangs and another. No opinion. Motion denied, with $10 costs.

DEDRICK, Respondent, v. VILLAGE OF CORINTH, Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1899.) Action by Levi B. Dedrick against the village of Corinth. No opinion. Order affirmed, with costs.

DEERING v. REILLY. (Supreme Court, Appellate Division, First Department. December 5, 1899.) Action by James A. Deering against William J. Reilly. No opinion. Motion granted, with $10 costs.

DEGRAW, Appellant, v. ERIE RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 19, 1899.) Action by Wilson Degraw, by Gilbert Degraw, his guardian ad litem, against the Erie Railway Company.

PER CURIAM. Motion for reargument granted. Decision hitherto rendered vacated, and in lieu thereof it is ordered that the order appealed from be modified, so as to make the conditions of the bond the same as those prescribed in the order for the deposit of money, to wit, to secure only the payment of costs which may be awarded on appeal; and, as modified, order affirmed, without costs of this appeal to either party.

DE HIERAPOLIS v. REILLY. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by Emilie S. De Hierapolis against John B. Reilly, Jr. No opinion. Motion for leave to go to court of appeals granted. See 60 N. Y. Supp. 417.

DEINHART, Respondent, v. ELECTRIC LIGHT & POWER CO. OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. June, 1899.) Action by Peter Deinhart, as administrator, etc., of Martin Deinhart, deceased, against the Electric Light & Power Company of Syracuse, impleaded with the city of Syracuse.

PER CURIAM. Judgment and order reversed, and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the damages to $3,-000. If such stipulation shall be given, the judgment and order, as so modified, are affirmed, without costs of this appeal to either party.

DEMARY et al., Appellants, v. SHERMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 6, 1899.) Action by Andrew J. Demary and others against Tillie T. Sherman. No opinion. Order affirmed, with $10 costs and disbursements.

DIETCH, Respondent, v. FORD, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1899.) Action by Hattie Dietch against Clara Ford. No opinion. Judgment of the municipal court affirmed, with costs, on argument.

D. M. KOEHLER & SONS CO., Appellant, v. BOYLAN et al., Respondents. (Supreme Court, Appellate Division, First Department. November 24, 1899.) Action by the D. M. Koehler & Sons Company against Frank Boylan and others. A. C. Weil, for appellant. D. F. Ayres, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

DRIFFILL, Appellant, v. COWLES, Respondent. (Supreme Court, Appellate Division, Fourth Department. June, 1899.) Action by Gerrie E. Driffill against Horace N. Cowles. No opinion. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

DUGAN, Respondent, v. HAYES, Appellant. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by John J. Dugan against Dennis H. Hayes. A. J.